IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01594-PAB-MEH

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

UNITED STATES ATTORNEYS' OFFICE,

      Plaintiff-Intervenor,

v.

CFO-5, LLC,
TRINITY INTERNATIONAL ENTERPRISES, INC.,
STANLEY W. ANDERSON,
EDWIN A. SMITH,
CHARLES L. KENNEDY,
MICHAEL D. NORTON, individually,
MICHAEL D. NORTON, d/b/a Global Asset Services, and
NICHOLAS R. FAIR,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 13, 2009.**

      Pending before the Court is an unopposed Motion for Proposed Intervenor Plaintiff, United States Attorney's Office, to Intervene for the Limited Purpose of Seeking a Stay of Discovery [filed February 12, 2009; docket #41]. Pursuant to Fed. R. Civ. P. 24(a)(2), the motion to intervene for the limited purpose of seeking a stay of proceedings is **granted**.

      As for the requested 180-day stay of proceedings, the Court finds that a temporary stay is necessary in this case to allow the related criminal matters to proceed. Therefore, the motion to stay is **granted**. A Status Conference is hereby scheduled for **August 12, 2009, at 9:30 a.m.**, at which the parties will discuss the status of the criminal proceedings and the progression of this case. Despite the stay, the Court will hold the settlement conferences as designated in the Scheduling Order.