IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01594-PAB-MEH

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

UNITED STATES ATTORNEYS' OFFICE,

     Plaintiff-Intervenor,

v.

CFO-5, LLC,
TRINITY INTERNATIONAL ENTERPRISES, INC.,
STANLEY W. ANDERSON,
EDWIN A. SMITH,
CHARLES L. KENNEDY,
MICHAEL D. NORTON, individually,
MICHAEL D. NORTON, d/b/a Global Asset Services, and
NICHOLAS R. FAIR,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 25, 2009.**

     For good cause shown pursuant to Fed. R. Civ. P. 55(c) and perceiving no prejudice to the parties,[1] the Motion to Vacate Clerk's Entry of Default filed by Nicolas Fair [filed February 24, 2009; docket #46] and the Motion to Vacate Clerk's Entry of Default filed by Michael E. Norton [filed February 24, 2009; docket #48] are **granted**. The amended Answers to the Complaint filed by Defendant Nicholas Fair [docket #54] and by Defendant Michael Norton [docket #56] are accepted as filed.

---

     [1]The Plaintiff's objections to the motions were directed at the insufficiencies of the original Answers filed by Defendants; however, Defendants corrected such insufficiencies with the filing of their amended Answers.