IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01594-PAB-MEH

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

UNITED STATES ATTORNEYS' OFFICE,

     Plaintiff-Intervenor,

v.

CFO-5, LLC,
TRINITY INTERNATIONAL ENTERPRISES, INC.,
STANLEY W. ANDERSON,
EDWIN A. SMITH,
CHARLES L. KENNEDY,
MICHAEL D. NORTON, individually,
MICHAEL D. NORTON, d/b/a Global Asset Services, and
NICHOLAS R. FAIR,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 25, 2009.**

     Plaintiff's Unopposed Motion to Vacate Dates in the Amended Scheduling Order [filed November 24, 2009; docket #107] is **granted in part and denied in part**. The Final Pretrial Conference scheduled for November 30, 2009, is **vacated**. A Status Conference at which the parties shall be prepared to discuss whether additional discovery is necessary in this case shall be held on **January 11, 2010, at 9:45 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties may appear at the conference by telephone by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.